WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (CA SBN: 211280)
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5374
Fax: (213) 443-5400
chris.casamassima@wilmerhale.com

John Butts (MA SBN: 643201) *Pro Hac Vice*
Jessica Lisak (MA SBN: 680207) *Pro Hac Vice*
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: john.butts@wilmerhale.com
Email: jessica.lisak@wilmerhale.com

Attorneys for Defendant
WEBLOYALTY.COM, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PARK, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., a Delaware corporation; DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 12-CV-1380-LAB-JMA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S ROSCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Judge: Hon. Larry A. Burns<br>Location: Courtroom 14A (14th Floor)<br>Date: Monday, October 30, 2017<br>Time: 11:15am |

**TO: ALL PARTIES AND COUNSEL OF RECORD**

PLEASE TAKE NOTICE THAT, on October 30, 2017 at 11:15am, in the courtroom of the Honorable Larry A. Burns, Defendant Webloyalty.com, Inc's ("Webloyalty") Motion to Dismiss Plaintiff's ROSCA Claims for Lack of Subject Matter Jurisdiction will be heard.

This Motion will be and hereby is made pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff's Seventh and Ninth Claims ("ROSCA Claims") must be dismissed under Fed. R. Civ. P. 12(b)(1) because Plaintiff does not have standing to bring these claims.

This Motion is based upon this Notice, the Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, the Declarations of Elizabeth Schueler and Christopher T. Casamassima, all accompanying exhibits, and such evidence and arguments that may be adduced at the hearing of this matter.

WHEREFORE, Defendant Webloyalty respectfully requests that the Court enter an Order dismissing Plaintiff's ROSCA Claims.

| | |
|---|---|
| Dated:  September 19, 2017 | Respectfully submitted, |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: */s/ Christopher T. Casamassima*<br>Christopher T. Casamassima<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5374<br>Fax: (213) 443-5400<br>chris.casamassima@wilmerhale.com |
| | John J. Butts (MA SBN: 643201) (*Pro Hac Vice*)<br>Jessica R. Lisak (MA SBN: 680207) (*Pro Hac Vice*)<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6000<br>Fax: (617) 526-5000<br>john.butts@wilmerhale.com<br>jessica.lisak@wilmerhale.com |
| | Attorneys for Defendant Webloyalty.com, Inc. |