UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PARK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC., et al.,<br><br>　　　　　　　　Defendant. | Case No.: 12cv1380-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 136) is **GRANTED**. All claims by the named Plaintiff, Kevin Park, are **DISMISSED WITH PREJUDICE**. No class was certified, but to the extent dismissal of the putative class members' claims is required, those are **DISMISSED WITHOUT PREJUDICE**. The parties will each bear their own costs and attorney's fees. All pending motions are **DENIED AS MOOT** and all pending dates are **VACATED**. The Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated: June 6, 2019

_/s/ Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge